UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EVA MCINTIRE,
MARIA ELENA PEÑA MOTA,
MARIA TERESA ALEXANDER,

        Plaintiffs

v.

PENNANT FOODS, INC.,
d/b/a Chef Solutions, Inc., a wholly
owned subsidiary of Lufthansa,

        Defendant.

FILED
Oct 8  2 05 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

CIVIL ACTION NO.
303CV0126(GLG)

October 7, 2003

Motion GRANTED on consent.
Gerard L. Goettel, USDJ
10/14/03

## MOTION FOR EXTENSION OF SCHEDULING ORDER

Pursuant to Local Rule 9(b), the Plaintiff respectfully requests an extension of the time limits established by the Court's Order Regarding Case Management Plan. This request is based upon the following factors:

1. The parties have exchanged interrogatories and requests for production of documents, and a settlement conference has been held. However, significant number of discovery disputes have arisen between the parties. The parties have requested the intervention of Magistrate Judge Garfinkel to resolve this disputes but, to date, Judge Garfinkel has been unable to schedule a discovery conference. The parties are unable to continue discovery until these issues have been resolved.

2. The parties have been engaged in settlement discussions with the Magistrate Judge and attempted to put aside the discovery disputes during settlement talks. Those settlement efforts proved unsuccessful.