**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
----------------------------------X
EVA MCINTIRE,
MARIA ELENA PENA MOTA,
MARIA TERESA ALEXANDER,

        Plaintiffs,

  -against-

PENNANT FOODS, INC., d/b/a Chef
Solutions, Inc., a wholly owned
subsidiary of Lufthansa,

        Defendant.
----------------------------------X

FILED
Oct 22  3 05 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

~~ORDER~~

3: 03 CV 126 (GLG)

    To clarify the Court's Order of October 14, 2003 granting the motion for extension of time of scheduling order [**Doc. #21**], the deadlines are as follow:

        Discovery deadlines to February 10, 2004

        Dispositive Motions due March 24, 2004

        Trial Memorandum due March 24, 2004

    SO ORDERED.

Dated:    October 21, 2003
           Waterbury, CT

                                          Gerard L. Goettel
                                               U.S.D.J.