UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

* Telephonic Discovery Conference Calendar

Honorable William I. Garfinkel, U. S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room 429

October 30, 2003

1:30 p.m.

Held
1 1/2 hours

3-03-cv-126   (GLG) McIntire v Pennant Foods Inc
-----------------------------------------------------------------

COUNSEL OF RECORD:

| | |
|---|---|
| Lynn A. Kappelman | Seyfarth, Shaw, World Trade Center East Two Seaport Lane, Suite 300, Boston, MA  617-946-4800 |
| Mary E. Kelly | Livingston, Adler, Pulda, Meiklejohn & Kelly, 557 Prospect Ave., Hartford, CT  860-233-9821 |
| Douglas John Varga | Zeldes, Needle & Cooper, 1000 Lafayette Blvd., PO Box 1740, Bridgeport, CT  203-333-9441 |
| Damian W. Wilmot | Seyfarth, Shaw, World Trade Center East Two Seaport Lane, Suite 300, Boston, MA  617-946-4800 |

* PLAINTIFF COUNSEL WILL INITIATE THE CALL TO JUDGE GARFINKEL
@ 203-579-5593.

THANKS.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK