UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

* Telephonic Discovery Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

November 12, 2003

4:00 p.m.

*Held 1 hour.*

CASE NO. **3:03cv126 (GLG)**    **Eva McIntire, et al v Pennant Foods, Inc.**

Lynn A. Kappelman
AAAA Legal Services
96 Webster St.
Hartford, CT 06114


Mary E. Kelly
Livingston, Adler, Pulda, Meiklejohn & K
557 Prospect Ave.
Hartford, CT 06105-2922


Douglas John Varga
Zeldes, Needle & Cooper
1000 Lafayette Blvd., PO Box 1740
Bridgeport, CT 06601-1740


Damian W. Wilmot
Seyfarth, Shaw
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02110-2028


BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK