## Confirmation Report — Memory Send

Date & Time: Nov-07-2003  12:17pm
Tel line   :
Machine ID :

| | | |
|---|---|---|
| Job number | : | 760 |
| Date & Time | : | Nov-07 12:14pm |
| To | : | #14318602327818 |
| Number of pages | : | 008 |
| Start time | : | Nov-07 12:14pm |
| End time | : | Nov-07 12:17pm |
| Pages sent | : | 008 |
| Status | : | OK |
| Job number | : 760 | *** SEND SUCCESSFUL *** |

# SEYFARTH
## SHAW LLP
ATTORNEYS

World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210-2028
(617) 946-4800
Fax (617) 946-4801
www.seyfarth.com

## Facsimile Transmission

Date:  November 7, 2003

| | | | |
|---|---|---|---|
| **RECIPIENT** | **COMPANY** | **PHONE NO.** | **FAX NO.** |
| **Thomas Meiklejohn** | **Livingston, Adler, Pulda, Meiklejohn & Kelly** | | **(860) 232-7818** |

FROM:     Damian Wilmot
PHONE:    (617) 946 4862
RE:

File No:     32510-14     Number of Pages, Including Cover:     8

☐ Hard copy to follow          ☐ Hard copy will not follow
☐ Per your request             ☐ Please review and revise if necessary
☐ Please telephone me

MESSAGE:

THE INFORMATION CONTAINED IN THIS FACSIMILE IS CONFIDENTIAL, AND MAY ALSO CONTAIN PRIVILEGED ATTORNEY-CLIENT INFORMATION OR WORK PRODUCT. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE.  THANK YOU.

IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE PHONE (617) 946-4800 AS SOON AS POSSIBLE.

# SEYFARTH
**ATTORNEYS**  **SHAW** LLP

World Trade Center East

Two Seaport Lane

Suite 300

Boston, MA 02210-2028

(617) 946-4800

Fax (617) 946-4801

www.seyfarth.com

## Facsimile Transmission

Date:   November 7, 2003

| RECIPIENT | COMPANY | PHONE NO. | FAX NO. |
|---|---|---|---|
| **Thomas Meiklejohn** | Livingston, Adler, Pulda, Meiklejohn & Kelly | | **(860) 232-7818** |

FROM:   Damian Wilmot

PHONE:   (617) 946 4862

RE:

| File No:   32510-14 | **Number of Pages, Including Cover:** | 8 |
|---|---|---|

☐ Hard copy to follow  ☐ Hard copy will not follow
☐ Per your request  ☐ Please review and revise if necessary
☐ Please telephone me

MESSAGE:

THE INFORMATION CONTAINED IN THIS FACSIMILE IS CONFIDENTIAL AND MAY ALSO CONTAIN PRIVILEGED ATTORNEY-CLIENT INFORMATION OR WORK PRODUCT. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THE FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE. THANK YOU.

**IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE PHONE (617) 946-4800 AS SOON AS POSSIBLE.**

# SEYFARTH
**ATTORNEYS** **SHAW** LLP

World Trade Center East

Two Seaport Lane

Suite 300

Boston, MA 02210-2028

617-946-4800

fax 617-946-4801

www.seyfarth.com

Writer's direct phone
617-946-4862

Writer's e-mail
dwilmot@seyfarth.com

November 4, 2003

**VIA OVERNIGHT MAIL**
Edward M. Homa
State Marshal
P.O. Box 793
North Haven, CT 06473

Re:   <u>McIntire v. Pennant Foods</u>

Dear Mr. Homa:

Enclosed find two (2) Subpoenas for service.  **Please note that the two individuals have consented to being served at their place of employment, which is:  Chef Solutions Inc., 1000 Universal Drive, North Haven, CT 06473.**

Please ask for either Zelina Rosa or Richard Price and they will arrange to have you serve the subpoenas on the individuals.

Also enclosed is our check for your fee of $100.00.  Please make service as soon as possible, and return the original Subpoenas to me along with your proof of service.

Thank you for your assistance and please contact me if you have any questions.

Very truly yours,

SEYFARTH SHAW LLP

Damian Wilmot/mb

Damian W. Wilmot

:mb
Enclosures
cc:   Thomas W. Meiklejohn, Esq.
      Lynn A. Kappelman, Esq.

BRUSSELS

WASHINGTON, D.C.

SAN FRANCISCO

SACRAMENTO

NEW YORK

LOS ANGELES

HOUSTON

CHICAGO

BOSTON

ATLANTA

## UNITED STATED DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EVA McINTIRE,<br>MARIA ELENA PENA MOTA,<br>MARIA TERESA ALEXANDER,<br><br>Plaintiffs,<br><br>v.<br><br>PENNANT FOODS, INC., d/b/a Chef<br>Solutions, Inc., a wholly owned subsidiary<br>of Lufthansa,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 303-CV-0126(GLG)<br><br>November 4, 2003 |

### SUBPOENA

To:    Francisco Gonzalez
       16 Arch Parkway
       Meriden, CT 06450

WE COMMAND YOU, in the name of the United States in accordance with provisions of Rules 30 and 45 of the Federal Rules of Civil Procedure, to appear and attend before a notary public or other officer authorized to administer oaths, at the offices of **Zeldes, Needle & Cooper, 1000 Lafayette Boulevard, Bridgeport, Connecticut, on November 14, 2003 at 10:00 a.m.,** or at any recessed or adjourned date of examination, to testify and give evidence as a witness by deposition upon oral questioning on the part of Pennant Foods, Inc., d/b/a Chef Solutions, Inc., a wholly owned subsidiary of Lufthansa, in an action now pending in the United States District Court for the District of Connecticut, between Plaintiffs Eva McIntire, Maria Elena Pena Mota, Maria Teresa Alexander, and the Defendant Pennant Foods, Inc., d/b/a Chef Solutions, Inc., a wholly owned subsidiary of Lufthansa.

Hereof fail not as you will answer your default under the pains and penalties in the law in that behalf made and provided.

Dated:  November 4, 2003

Lynn A. Kappleman (ct #03480)
Damian W. Wilmot (ct #22694)
SEYFARTH SHAW
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone: (617) 946-4800
Facsimile: (617) 946-4801

ATTORNEYS FOR
DEFENDANT

-2-

## RETURN OF SERVICE

*I this day summoned the within named* _____

*to appear as within directed by delivery to* _____

*in hand, leaving at* _____ *last and usual place of* _____

*abode, to wit: No.* _____ *Street, in the District of said*

_____ *an attested copy of the subpoena together wit* _____

*fees for attendance and travel*

*Service and Travel*                                    _____
                                                        *Police Officer, Constable, Deputy Sheriff*
*Copies*

*Paid Witness*                                         *It being necessary I actually used a motor vehicle*
                                                        *the distance of* _____ *miles in the*
*Motor Vehicles*                                       *service of this process*

                                                        _____
                                                        *Police Officer, Constable, Deputy Sheriff*

*Subscribed and sworn to before me* _____
*This* _____ *day of* _____ *, 20___.*

                                                        _____
                                                        *Notary Public*

BO1 15609186.1

**UNITED STATED DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| EVA McINTIRE,<br>MARIA ELENA PENA MOTA,<br>MARIA TERESA ALEXANDER, | ) <br>) <br>) <br>) | |
| Plaintiffs, | ) <br>) | |
| v. | ) <br>) | CIVIL ACTION NO. 303-CV-0126(GLG) |
| PENNANT FOODS, INC., d/b/a Chef<br>Solutions, Inc., a wholly owned subsidiary<br>of Lufthansa, | ) <br>) <br>) <br>) | November 4, 2003 |
| Defendant. | ) <br>) | |

## SUBPOENA

To:    Griselda Velez
       35 Grafton Road
       Hamden, CT 06517

WE COMMAND YOU, in the name of the United States in accordance with provisions of Rules 30 and 45 of the Federal Rules of Civil Procedure, to appear and attend before a notary public or other officer authorized to administer oaths, at the offices of **Zeldes, Needle & Cooper, 1000 Lafayette Boulevard, Bridgeport, Connecticut, on November 14, 2003 at 2:00 p.m.**, or at any recessed or adjourned date of examination, to testify and give evidence as a witness by deposition upon oral questioning on the part of Pennant Foods, Inc., d/b/a Chef Solutions, Inc., a wholly owned subsidiary of Lufthansa, in an action now pending in the United States District Court for the District of Connecticut, between Plaintiffs Eva McIntire, Maria Elena Pena Mota, Maria Teresa Alexander, and the Defendant Pennant Foods, Inc., d/b/a Chef Solutions, Inc., a wholly owned subsidiary of Lufthansa.

Hereof fail not as you will answer your default under the pains and penalties in the law in that behalf made and provided.

Dated:  November 4, 2003

Lynn A. Kappleman (ct #03480)
Damian W. Wilmot (ct #22694)
SEYFARTH SHAW
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone: (617) 946-4800
Facsimile: (617) 946-4801

ATTORNEYS FOR
DEFENDANT

## RETURN OF SERVICE

*I this day summoned the within named* _____

*to appear as within directed by delivery to* _____

*in hand, leaving at* _____ *last and usual place of* _____

*abode, to wit: No.* _____ *Street, in the District of said*

_____ *an attested copy of the subpoena together wit* _____

*fees for attendance and travel*

*Service and Travel*

                                        _____

*Copies*                                    *Police Officer, Constable, Deputy Sheriff*

*Paid Witness*                       *It being necessary I actually used a motor vehicle*
                                          *the distance of* _____ *miles in the*
*Motor Vehicles*                     *service of this process*

                                          _____
                                    *Police Officer, Constable, Deputy Sheriff*

*Subscribed and sworn to before me* _____
*This* _____ *day of* _____ *, 20___.*

                                        _____
                                    *Notary Public*

BO1 15609217.1

P. 1

x  x  x  COMMUNICATION RESULT REPORT ( NOV. 11. 2003  4:49PM )  x  x  x

FAX HEADER 1:
FAX HEADER 2:

TRANSMITTED/STORED : NOV. 11. 2003  4:47PM

| FILE MODE | OPTION | ADDRESS | RESULT | PAGE |
|-----------|--------|---------|--------|------|
| 2835 MEMORY TX | | LAPM | OK | 3/3 |

FAXED

-----------------------------------------------------------------

REASON FOR ERROR
E-1) HANG UP OR LINE FAIL          E-2) BUSY
E-3) NO ANSWER                     E-4) NO FACSIMILE CONNECTION

# SEYFARTH
### ATTORNEYS  SHAW LLP

World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210-2028
(617) 946-4800
Fax (617) 946-4801
www.seyfarth.com

## Facsimile Transmission

Date:  November 11, 2003

| RECIPIENT | COMPANY | PHONE NO. | FAX NO. |
|-----------|---------|-----------|---------|
| Mary Kelly, Esq. | Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C. | | (860) 232-7818 |

FROM:     Lynn A. Kappelman
PHONE:    (617) 946-4888
RE:       McIntire v. Pennant Foods

File No:  32510-14        Number of Pages, Including Cover:  3

- ☐ Hard copy to follow
- ☐ Per your request
- ☐ Please telephone me
- ☐ Hard copy will not follow
- ☐ Please review and revise if necessary

MESSAGE:

THE INFORMATION CONTAINED IN THIS FACSIMILE IS CONFIDENTIAL AND MAY ALSO CONTAIN PRIVILEGED ATTORNEY-CLIENT INFORMATION OR WORK PRODUCT. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THE FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE. THANK YOU.

IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE PHONE (617) 946-4800 AS SOON AS POSSIBLE.

BO1 15604679.1



**SEYFARTH SHAW** LLP
ATTORNEYS


**FAXED**

World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210-2028
(617) 946-4800
Fax (617) 946-4801
www.seyfarth.com

## Facsimile Transmission

Date:   November 11, 2003

| RECIPIENT | COMPANY | PHONE NO. | FAX NO. |
|---|---|---|---|
| **Thomas Meiklejohn, Esq.** | Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C. | | **(860) 232-7818** |

FROM:        Lynn A. Kappelman

PHONE:      (617) 946-4888

RE:             McIntire v. Pennant Foods

| File No: | 32510-14 | **Number of Pages, Including Cover:** 3 |
|---|---|---|

☐ Hard copy to follow                  ☐ Hard copy will not follow
☐ Per your request                         ☐ Please review and revise if necessary
☐ Please telephone me

**MESSAGE:**

THE INFORMATION CONTAINED IN THIS FACSIMILE IS CONFIDENTIAL AND MAY ALSO CONTAIN PRIVILEGED ATTORNEY-CLIENT INFORMATION OR WORK PRODUCT.  THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED.  IF YOU ARE NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THE FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE.  THANK YOU.

**IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE PHONE (617) 946-4800 AS SOON AS POSSIBLE.**

BO1 15604679.1

# SEYFARTH
**ATTORNEYS**    # SHAW LLP

 **FAXED**

World Trade Center East

Two Seaport Lane

Suite 300

Boston, MA 02210-2028

(617) 946-4800

Fax (617) 946-4801

www.seyfarth.com

## Facsimile Transmission

Date:   November 11, 2003

| RECIPIENT | COMPANY | PHONE NO. | FAX NO. |
|---|---|---|---|
| **Mary Kelly, Esq.** | Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C. | | **(860) 232-7818** |

**FROM:**    Lynn A. Kappelman

**PHONE:**    (617) 946-4888

**RE:**    McIntire v. Pennant Foods

**File No:**    32510-14     **Number of Pages, Including Cover:** 3

☐ Hard copy to follow          ☐ Hard copy will not follow
☐ Per your request             ☐ Please review and revise if necessary
☐ Please telephone me

**MESSAGE:**

THE INFORMATION CONTAINED IN THIS FACSIMILE IS CONFIDENTIAL AND MAY ALSO CONTAIN PRIVILEGED ATTORNEY-CLIENT INFORMATION OR WORK PRODUCT.  THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED.  IF YOU ARE NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THE FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE.  THANK YOU.

**IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE PHONE (617) 946-4800 AS SOON AS POSSIBLE.**

BO1 15604679.1

# SEYFARTH
**ATTORNEYS** SHAW LLP

World Trade Center East

Two Seaport Lane

Suite 300

Boston, MA 02210-2028

617-946-4800

fax 617-946-4801

www.seyfarth.com

Writer's direct phone
(617) 946 4862

Writer's e-mail
dwilmot@seyfarth.com

November 11, 2003

**VIA FACSIMILE AND U.S. MAIL**
**(860) 232-7818**

Mary Kelly, Esq.
Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105-2922

      Re:   McIntire, et al. v. Pennant Foods, Inc.
            C.A. No.: 303CV0126 GLG

Dear Mary:

      As you know, yesterday, Tom Meiklejohn sent us an email explaining your recollection that Magistrate Judge Garfinkel had ordered us to produce detailed information concerning the witnesses whom we have subpoenaed for depositions on Friday November 14. Lynn and I both spoke with you today to challenge your recollection of the Magistrate-Judge's ruling.

      First, we disagree with your memory of the Judge's clear order regarding Defendant's responses those interrogatories. While the Judge initially wanted Defendant to provide you with a summary of Griselda Valez's and Francisco Gonzalez's testimony before their depositions on November 14, 2003, and later provide a detailed supplementary response to Interrogatory numbers 18 through 20 after the depositions, he ultimately agreed that Defendant need only provide Plaintiffs with a detailed response to those interrogatories by November 20, 2003.

      Nevertheless, because we intend to proceed with those depositions as noticed on Friday, and we do not want to prolong this process any further, or waste any more of Judge Garfinkel's time on trivial discovery disputes, we will provide a summary of what we believe Ms. Valez's and Mr. Gonzalez's testimony will include this Friday.

      Ms. Valez will testify, among other things, that Maria Teresa Alexander accepted money from male Pennant employees in exchange for sex. Mr. Gonzalez will testify among other things,

BRUSSELS

WASHINGTON, D.C.

SAN FRANCISCO

SACRAMENTO

NEW YORK

LOS ANGELES

HOUSTON

CHICAGO

BOSTON

ATLANTA

**SEYFARTH**
ATTORNEYS **SHAW** LLP

<div align="right">
Mary Kelly, Esq.<br>
November 11, 2003<br>
Page 2
</div>

that Maria Teresa Alexander had a consensual relationship with him and requested that he pay her a significant sum of money to continue the relationship.

We look forward to seeing you or Tom on Friday at 10:00 a.m. Doug Varga's offices in Bridgeport.

Sincerely,

SEYFARTH SHAW LLP

Damian Wilmot

cc:     Lynn A. Kappelman

P. 1

* * * COMMUNICATION RESULT REPORT ( NOV. 11. 2003  4:47PM ) * * *

FAX HEADER 1:
FAX HEADER 2:

```
TRANSMITTED/STORED : NOV. 11. 2003  4:46PM
FILE MODE           OPTION              ADDRESS                      RESULT      PAGE
------------------------------------------------------------------------------------
2834 MEMORY TX                                    LAPM              OK          3/3
```

## FAXED

```
-------------------------------------------------------------------------------------
  REASON FOR ERROR
  E-1) HANG UP OR LINE FAIL                    E-2) BUSY
  E-3) NO ANSWER                               E-4) NO FACSIMILE CONNECTION
```

# SEYFARTH SHAW LLP
ATTORNEYS

World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210-2028
(617) 946-4800
Fax (617) 946-4801
www.seyfarth.com

## Facsimile Transmission

Date:  November 11, 2003

| RECIPIENT | COMPANY | PHONE NO. | FAX NO. |
|---|---|---|---|
| **Thomas Meiklejohn, Esq.** | Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C. | | **(860) 232-7818** |

FROM:     Lynn A. Kappelman
PHONE:    (617) 946-4888
RE:       McIntire v. Pennant Foods

| File No: | 32910-14 | **Number of Pages, Including Cover: 3** |
|---|---|---|

- ☐ Hard copy to follow
- ☐ Per your request
- ☐ Please telephone me

- ☐ Hard copy will not follow
- ☐ Please review and revise if necessary

MESSAGE:

THE INFORMATION CONTAINED IN THIS FACSIMILE IS CONFIDENTIAL AND MAY ALSO CONTAIN PRIVILEGED ATTORNEY-CLIENT INFORMATION OR WORK PRODUCT. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE. THANK YOU.

IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE PHONE (617) 946-4800 AS SOON AS POSSIBLE.

BO1 15604679.1



SEYFARTH ATTORNEYS SHAW LLP

World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210-2028
(617) 946-4800
Fax (617) 946-4801
www.seyfarth.com

## Facsimile Transmission

Date: November 11, 2003

| RECIPIENT | COMPANY | PHONE NO. | FAX NO. |
| --- | --- | --- | --- |
| Thomas Meiklejohn, Esq. | Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C. | | (860) 232-7818 |

FROM: Lynn A. Kappelman
PHONE: (617) 946-4888
RE: McIntire v. Pennant Foods

| File No: 32510-14 | Number of Pages, Including Cover: | 4 |
| --- | --- | --- |

☐ Hard copy to follow
☐ Per your request
☐ Please telephone me
☐ Hard copy will not follow
☐ Please review and revise if necessary

**MESSAGE:**

THE INFORMATION CONTAINED IN THIS FACSIMILE IS CONFIDENTIAL AND MAY ALSO CONTAIN PRIVILEGED ATTORNEY-CLIENT INFORMATION OR WORK PRODUCT. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THE FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE. THANK YOU.

**IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE PHONE (617) 946-4800 AS SOON AS POSSIBLE.**

BO1 15604679.1

P. 1

* * * COMMUNICATION RESULT REPORT ( NOV. 11. 2003 5:59PM ) * * *

FAX HEADER 1:
FAX HEADER 2:

TRANSMITTED/STORED : NOV. 11. 2003 5:52PM

| FILE MODE | OPTION | ADDRESS | RESULT | PAGE |
| --- | --- | --- | --- | --- |
| 6978 MEMORY TX | | LAPM | OK | 4/4 |

FAXED

REASON FOR ERROR
E-1) HANG UP OR LINE FAIL
E-2) BUSY
E-3) NO ANSWER
E-4) NO FACSIMILE CONNECTION

**SEYFARTH**
ATTORNEYS **SHAW** LLP

World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210-2028
(617) 946-4800
Fax (617) 946-4801
www.seyfarth.com



# Facsimile Transmission

Date:   November 11, 2003

| RECIPIENT | COMPANY | PHONE NO. | FAX NO. |
|---|---|---|---|
| **Thomas Meiklejohn, Esq.** | Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C. | | **(860) 232-7818** |

FROM:        Lynn A. Kappelman

PHONE:     (617) 946-4888

RE:             McIntire v. Pennant Foods

| File No: | 32510-14 | **Number of Pages, Including Cover:** | 4 |
|---|---|---|---|

☐ Hard copy to follow      ☐ Hard copy will not follow
☐ Per your request      ☐ Please review and revise if necessary
☐ Please telephone me

**MESSAGE:**

THE INFORMATION CONTAINED IN THIS FACSIMILE IS CONFIDENTIAL AND MAY ALSO CONTAIN PRIVILEGED ATTORNEY-CLIENT INFORMATION OR WORK PRODUCT. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THE FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE. THANK YOU.

**IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE PHONE (617) 946-4800 AS SOON AS POSSIBLE.**

BO1 15604679.1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EVA McINTIRE,<br>MARIA ELENA PENA MOTA,<br>MARIA TERESA ALEXANDER,<br><br>   Plaintiffs,<br><br>v.<br><br>PENNANT FOODS, INC., d/b/a Chef<br>Solutions, Inc., a wholly owned subsidiary<br>of Lufthansa,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 303-CV-0126(GLG)<br>)<br>)  November 11, 2003<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT'S EMERGENCY MOTION FOR PROTECTIVE ORDER TO PREVENT PLAINTIFFS FROM ATTENDING DEPOSITIONS OF GRISELDA VELEZ AND FRANCISCO GONZALEZ

Pursuant to Rules 26(C)(5) of the Federal Rules of Civil Procedure, the Defendant Pennant Foods, Inc., d/b/a Chef Solutions, Inc., ("Defendant" or "Pennant") hereby move this Court to exclude Plaintiffs Eva McIntire, Maria Pena Mota, and Maria Teresa Alexander, from attending the depositions of Griselda Valez and Francisco Gonzalez on November 14, 2003. In support of the instant motion, Pennant states the following

1.  The Plaintiffs, three sisters, were all Pennant employees. Plaintiffs claim that Pennant discriminated against them on the basis of their sex and they allege both hostile environment sexual harassment and quid pro quo sexual harassment.

2.  Recently, two Pennant employees, Griselda Valez and Francisco Gonzalez, who were or are coworkers of the Plaintiffs informed Pennant management that they had personal knowledge concerning Plaintiffs' claims that they were subjected to **unwelcome** sexual conduct within the Pennant facility in North Haven. Ms. Valez's and Mr. Gonzalez's personal

knowledge of these acts are relevant to whether the Plaintiffs in fact found the environment at the Pennant facility to be hostile, intimidating and humiliating.

3.      Plaintiff Eva McIntire resigned from Pennant in November 2001, and Plaintiff Maria Pena Mota resigned from Pennant in February 2002. Plaintiff Maria Alexander continues to work for the Company.

4.      On November 5 and 6, 2003, Defendant subpoenaed Ms. Valez and Mr. Gonzalez for their depositions on November 14, 2003.

5.      Following the receipt of their respective subpoenas, Ms. Valez and Mr. Gonzalez have expressed that they are scared that the Plaintiffs, or their friends and family, will physically retaliate against them for testifying unfavorably in this action. They expressed this fear to Diana Figueroa, the Human Resources Representative at the Pennant North Haven Facility, and asked if she could do anything to ensure that the Plaintiffs would not be present.

6.      In response to Ms. Valez's and Mr. Gonzalez's concerns, Defendant's counsel spoke with Plaintiffs' counsel to determine whether the Plaintiffs planned on attending the depositions of Ms. Valez and Mr. Gonzalez. Plaintiffs' counsel, Thomas Meiklejohn, indicated that the Plaintiffs likely would not attend Ms. Valez's and Mr. Gonzalez's depositions.

7.      In order to memorialize the representations of Plaintiffs' counsel and to ensure that Ms. Valez and Mr. Gonzalez give their full, unfettered testimonies on November 14, 2003, Defendant moves this Court to memorialize the parties Stipulation, and so order that Plaintiffs will not attend Ms. Valez's and Mr. Gonzalez's depositions on November 14, 2003. Plaintiff should be excluded from these depositions because, as detailed above, their presence would be extremely disruptive to the deponents and the deposition process. *See Galella v. Omassis,* 487

2

F.2d 986, 997 (2d Cir. 1973) (party excluded because cause existed that he would be disruptive to deponent).

WHEREFORE, Defendant requests that the Court exclude Plaintiffs Eva McIntire, Maria Pena Mota, and Maria Teresa Alexander (but not Plaintiffs' counsel), from the depositions of Griselda Valez and Francisco Gonzalez on November 14, 2003.

PENNANT FOODS, INC., D/B/A CHEF SOLUTIONS, INC., A WHOLLY OWNED SUBSIDIARY OF LUFTHANSA

By its Attorneys,

Lynn A. Kappelman (ct # 03480)
Damian W. Wilmot (ct # 22694)
Seyfarth Shaw
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone: (617) 946-4800
Telecopier: (617) 946-4801

## CERTIFICATE OF SERVICE

I, Lynn A. Kappelman, hereby certify that on November 11, 2003, a true copy of the foregoing document was served by facsimile and first-class United States mail on Mary Kelly and Thomas Meiklejohn, Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C., 557 Prospect Avenue, Hartford, CT 06105, Attorney for Plaintiffs.

Lynn A. Kappelman, Esq.

BO1 15610800.1