UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EVA MCINTIRE,<br>MARIA ELENA PEÑA MOTA,<br>MARIA TERESA ALEXANDER,<br><br>           Plaintiffs<br>v.<br><br>PENNANT FOODS, INC.,<br>d/b/a Chef Solutions, Inc., a wholly<br>owned subsidiary of Lufthansa,<br><br>           Defendant. | CIVIL ACTION NO.<br>303CV0126(GLG)<br><br><br><br><br><br><br><br><br><br>January 8, 2004 |

## JOINT MOTION FOR EXTENSION OF SCHEDULING ORDER

Pursuant to Local Rule 9(b), the parties jointly respectfully request a two month extension of the time limits established by the Court's Order Regarding Case Management Plan.

The parties have exchanged interrogatories and requests for production of documents, have taken several depositions, and a settlement conference has been held. However, the Plaintiffs need to conduct several more depositions, including at least two depositions of former employees. The Plaintiffs intended to take these depositions during January. Defendant's counsel has indicated that she is unavailable until after the February 10, 2004 expiration of discovery due to a scheduled trial.

In addition, a discovery dispute arose during the Plaintiffs' deposition of the defendant's managing agent on January 6, 2004 pursuant to FRCP 30(b)(6). When the parties were unable to resolve the issues, counsel contacted Magistrate Judge Garfinkel to discuss the dispute. Judge Garfinkel indicated that he was not able to

## CERTIFICATE OF SERVICE

     This is to certify that a copy of the foregoing Motion For Extension Of Scheduling Order has been mailed, certified mail, postage pre-paid on this 8th day of January 2004 to all counsel of record as follows:

Lynn Kappelman, Esq.
Damian Wilmot, Esq.
Seyfarth, Shaw
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028

Douglas Varga, Esq.
Zeldes, Needle & Cooper
1000 Lafayette Boulevard
P.O. Box 1740
Bridgeport, CT 06601-1740

_____
Mary E. Kelly

resolve the dispute based on a telephonic conference and agreed that the issue should be briefed.

Accordingly, the parties request a two month extension of all time limits established in the pre-trial order. This is the second motion for an extension of these time limits.

Respectfully submitted,

By: _____
Mary E. Kelly  ct#07419
Thomas W. Meiklejohn
Livingston, Adler, Pulda
Meiklejohn & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105

THE DEFENDANT,

By: _____
Lynn Kappleman  ct#03480
Damian Wilmot,  ct#22694
Seyfarth, Shaw
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028