UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EVA MCINTIRE,<br>MARIA ELENA PEÑA MOTA,<br>MARIA TERESA ALEXANDER,<br><br>    Plaintiffs<br>v.<br><br>PENNANT FOODS, INC.,<br>d/b/a Chef Solutions, Inc., a wholly<br>owned subsidiary of Lufthansa,<br><br>    Defendant. | CIVIL ACTION NO.<br>303CV0126(GLG)<br><br><br><br><br><br>January 29, 2004 |

## MOTION FOR EXTENSION OF TIME LIMITS

The Plaintiff respectfully requests a four-week extension of time within which to submit a Motion to Compel Discovery with respect to the above-captioned matter. The basis for this motion is that the attorney handling this issue, Mary Kelly, has been required to assist in the care of her mother, who was hospitalized with congestive heart failure on January 20, 2004. Attorney Kelly anticipates that she will be working approximately half time for the next six -eight weeks in order to help care for her mother upon her release from the hospital.

In a telephonic discovery conference with Judge Garfinkel, the parties agreed that a Motion to Compel with supporting memorandum would be due on or before January 30, 2004, that the Defendant's answering brief would be due February 20, 2004, and that any reply by the Plaintiff would be filed on or before February 27, 2004. The Plaintiff respectfully requests that these time limits be extended four weeks as follows:

Motion to Compel and supporting memorandum due February 27, 2004.

Defendant's answering brief due March 19, 2004

Plaintiff's reply due March 26, 2004.

Defendant's attorney has stated that she has no objection to this motion. This is the first request for an extension of these time limits.

Respectfully submitted,

BY: _____
Thomas W. Meiklejohn ct 08755
Mary E. Kelly ct 07419
Livingston, Adler, Pulda,
Meiklejohn & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105
(860) 233-9821

## CERTIFICATION OF SERVICE

I hereby certify that the foregoing Motion for Extension of Time Limits was mailed first class mail, postage pre-paid this 29th day of January, 2004 to all counsel of record as follows:

Lynn Kappelman, Esq.
Damian Wilmot, Esq.
Seyfarth, Shaw
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028

Douglas Varga, Esq.
Zeldes, Needle & Cooper
1000 Lafayette Boulevard
P.O. Box 1740
Bridgeport, CT 06601-1740

_____
Thomas W. Meiklejohn