RECEIVED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Nov 19  9 39 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| EVA McINTIRE, ) | |
| MARIA ELENA PENA MOTA, ) | |
| MARIA TERESA ALEXANDER, ) | |
|   ) | |
|       Plaintiffs, ) | |
|   ) | CIVIL ACTION NO. 303-CV-0126(GLG) |
| v. ) | |
|   ) | |
| PENNANT FOODS, INC., d/b/a Chef ) | November 11, 2003 |
| Solutions, Inc., a wholly owned subsidiary ) | |
| of Lufthansa, ) | |
|   ) | |
|       Defendant. ) | |
|   ) | |

**DEFENDANT'S EMERGENCY MOTION FOR PROTECTIVE ORDER TO PREVENT PLAINTIFFS FROM ATTENDING DEPOSITIONS OF GRISELDA VELEZ AND FRANCISCO GONZALEZ**

Pursuant to Rules 26(C)(5) of the Federal Rules of Civil Procedure, the Defendant Pennant Foods, Inc., d/b/a Chef Solutions, Inc., ("Defendant" or "Pennant") hereby move this Court to exclude Plaintiffs Eva McIntire, Maria Pena Mota, and Maria Teresa Alexander, from attending the depositions of Griselda Valez and Francisco Gonzalez on November 14, 2003. In support of the instant motion, Pennant states the following

1. The Plaintiffs, three sisters, were all Pennant employees. Plaintiffs claim that Pennant discriminated against them on the basis of their sex and they allege both hostile environment sexual harassment and quid pro quo sexual harassment.

2. Recently, two Pennant employees, Griselda Valez and Francisco Gonzalez, who were or are coworkers of the Plaintiffs informed Pennant management that they had personal knowledge concerning Plaintiffs' claims that they were subjected to **unwelcome** sexual conduct within the Pennant facility in North Haven. Ms. Valez's and Mr. Gonzalez's personal