ENDORSEMENT ORDER:

McIntire, et al. v. Pennant Foods, Inc., 3:03CV126(GLG)

Having reviewed plaintiffs' Emergency Motion for Protective Order (Doc. #26) and heard arguments from counsel, the Court DENIES the motion. The Court considers the area of inquiry at issue within the scope of reasonable discovery in this case and does not consider it precluded from discovery inquiry by FRE 412. Given the subjective element of a hostile environment claim, defendant may be able to defend itself in part by showing that a person who engaged in the callous, offensive conduct alleged by defendant would not have been significantly offended by the conduct alleged by plaintiff. While that attempt might not be successful, the Court cannot at this time say that defendant cannot develop that line of defense through discovery. The Court is not unaware of potential problems in this area, and might not have allowed the discovery if the conduct claimed by defendant was somewhat different or less extreme. Moreover, this judge reviewed the issue with the District Judge, who considered the area of inquiry relevant for discovery purposes for the same reason and for an additional reason as well, namely the development of a defense on damages. Finally, the Court notes that this discovery ruling in non way is intended to suggest that the more rigorous standard for admissibility at trial will be met by the defendant. So ordered, on January 28, 2004, at Bridgeport.

*[signature]*
USMJ

*[FILED stamp: 2004 FEB -3 P 3:45 US DIST BRIDGEPORT]*