03cv126pendmot

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EVA MCINTIRE, | : | CIVIL ACTION NO. |
| MARIA ELENA PENA MOTA, | : | 3:03CV0126 (GLG) |
| MARIA TERESA ALEXANDER | : | |
|     Plaintiffs | : | |
| vs. | : | |
| | : | |
| PENNANT FOODS, INC., | : | |
| d/b/a Chef Solutions, Inc., a wholly | : | |
| owned subsidiary of Lufthansa | : | |
| | : | |
|     Defendants | : | |

**RULING ON PENDING MOTIONS
AND TELEPHONIC STATUS CONFERENCE ORDER**

The plaintiffs' motions (Docs. ## 32, 33 and 36) are GRANTED.

The parties shall contact the chambers of the undersigned on February 27, 2003 at 2:30 p.m. regarding the status of this case. The plaintiffs' counsel shall initiate the telephonic status conference with chambers at (203) 579-5593.

So ordered this 26th day of February, 2004, at Bridgeport, Connecticut.

                                               */S/ William I. Garfinkel*
                                               William I. Garfinkel
                                               U.S. Magistrate Judge