UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
APR 5  1 37 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

EVA McINTIRE,
MARIA ELENA PENA MOTA,
MARIA TERESA ALEXANDER,

         Plaintiffs,

v.

PENNANT FOODS, INC., d/b/a Chef
Solutions, Inc., a wholly owned subsidiary
of Lufthansa,

         Defendant.

CIVIL ACTION NO. 303-CV-0126(GLG)

April 1, 2004

## JOINT MOTION FOR EXTENSION OF TIME

The parties, Plaintiffs Eva McIntire, Maria Elena Pena Mota and Maria Teresa Alexander and Defendant, Pennant Foods, Inc., d/b/a Chef Solutions, Inc., respectfully submit this Joint Motion for and Extension of Time for Defendant to respond to Plaintiffs' Motion to Compel and for Sanctions ("Plaintiffs' Motion") dated March 11, 2004.

The grounds for the parties' motion are that they are engaged in settlement efforts and are attempting to schedule a mediation with a neutral third party in the near future. In the interests of conserving legal and judicial resources, the parties wish to try to resolve the matter at mediation before Defendant submits its brief in opposition to Plaintiffs' Motion.

In light of the foregoing, the undersigned parties jointly request an extension of time until five days after the parties' mediation, if they are unable to resolve the matter, for Defendant to submit its Opposition to Plaintiff's Motion. Once the parties have scheduled the mediation, the parties agree to submit a supplemental motion reflecting the exact date that the opposition will now be due.

BO1 15635570.1

|  |  |
|---|---|
| Plaintiffs, Eva McIntire, Maria Elena Pena Mota, and Maria Teresa Alexander, | Respectfully submitted,<br><br>**PENNANT FOODS, INC., d/b/a Chef Solutions, Inc., a wholly owned subsidiary of Lufthansa,** |
| By their Attorney, | By its Attorneys, |

_____           _____
Thomas W. Meiklejohn                                    Lynn A. Kappelman (ct # 03480)
**Livingston, Adler, Pulda, Meiklejohn &**      Damian Wilmot (ct # 22694)
**Kelly, P.C.**                                                      **Seyfarth Shaw**
557 Prospect Avenue                                        World Trade Center East
Hartford, CT 06105-2922                                Two Seaport Lane, Suite 300
                                                                            Boston, MA 02210-2028
                                                                            (617) 946-4800
                                                                            lkappelman@seyfarth.com

**DATED:  April 1, 2004**

DEFENDANT'S LOCAL COUNSEL
Douglas Varga, Esq.
**ZELDES, NEEDLE & COOPER**
1000 LAFAYETTE BLVD
POST OFFICE BOX 1740
Bridgeport, CT  06601

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing Joint Motion For Extension was mailed on April 1, 2004, via overnight delivery to Mary E. Kelly and Thomas W. Meiklejohn, Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C., 557 Prospect Avenue, Hartford, CT 06105.

_____
Lynn A. Kappelman

| | |
|---|---|
| Plaintiffs, Eva McIntire, Maria Elena Pena Mota, and Maria Teresa Alexander, | Respectfully submitted, **PENNANT FOODS, INC., d/b/a Chef Solutions, Inc., a wholly owned subsidiary of Lufthansa,** |
| By their Attorney, *[signature]* Thomas W. Meiklejohn **Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C.** 557 Prospect Avenue Hartford, CT 06105-2922 | By its Attorneys, _____ Lynn A. Kappelman (ct # 03480) Damian Wilmot (ct # 22694) **Seyfarth Shaw** World Trade Center East Two Seaport Lane, Suite 300 Boston, MA 02210-2028 (617) 946-4800 lkappelman@seyfarth.com |
| **DATED: April 1, 2004** | |

DEFENDANT'S LOCAL COUNSEL
Douglas Varga, Esq.
**ZELDES, NEEDLE & COOPER**
1000 LAFAYETTE BLVD
POST OFFICE BOX 1740
Bridgeport, CT 06601

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing Joint Motion For Extension was mailed on April 1, 2004, via overnight delivery to Mary E. Kelly and Thomas W. Meiklejohn, Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C., 557 Prospect Avenue, Hartford, CT 06105.

_____
Lynn A. Kappelman

2

BO1 15635570.1