40

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Apr 5  1 37 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

EVA McINTIRE, )
MARIA ELENA PENA MOTA, )
MARIA TERESA ALEXANDER, )
)
)
Plaintiffs, )
v. ) CIVIL ACTION NO. 303-CV-0126(GLG)
)
PENNANT FOODS, INC., d/b/a Chef ) April 1, 2004
Solutions, Inc., a wholly owned subsidiary )
of Lufthansa, )
)
Defendant. )
)

Motion GRANTED on consent.
/s/ Gerard L. Goettel, USDJ
4/12/04

FILED 4/13 12:28 PM

### JOINT MOTION FOR EXTENSION OF TIME

The parties, Plaintiffs Eva McIntire, Maria Elena Pena Mota and Maria Teresa Alexander and Defendant, Pennant Foods, Inc., d/b/a Chef Solutions, Inc., respectfully submit this Joint Motion for and Extension of Time for Defendant to respond to Plaintiffs' Motion to Compel and for Sanctions ("Plaintiffs' Motion") dated March 11, 2004.

The grounds for the parties' motion are that they are engaged in settlement efforts and are attempting to schedule a mediation with a neutral third party in the near future. In the interests of conserving legal and judicial resources, the parties wish to try to resolve the matter at mediation before Defendant submits its brief in opposition to Plaintiffs' Motion.

In light of the foregoing, the undersigned parties jointly request an extension of time until five days after the parties' mediation, if they are unable to resolve the matter, for Defendant to submit its Opposition to Plaintiff's Motion. Once the parties have scheduled the mediation, the parties agree to submit a supplemental motion reflecting the exact date that the opposition will now be due.

BO1 15635570.1