## UNTIED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| EVA MCINTIRE,<br>MARIA ELENA PEÑA MOTA,<br>MARIA TERESA ALEXANDER,<br><br>   Plaintiffs<br>v.<br><br>PENNANT FOODS, INC.,<br>D/B/A  CHEF SOLUTIONS, INC.,<br>A WHOLLYOWNED SUBSIDIARY OF<br>LUFTHANSA,<br><br>   Defendant. | CIVIL ACTION NO.<br> 303CV0126(SRU)<br><br><br><br><br><br><br><br><br><br><br>June 21, 2004 |

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the respective parties to this action that pursuant to the Agreement of the parties dated June 11, 2004, all claims in this action be, and hereby are dismissed with prejudice and without costs to any party.

| ALL PLAINTIFFS | THE DEFENDANT |
|---|---|
| Thomas W. Meiklejohn ct08755<br>Livingston, Adler, Pulda,<br>Meiklejohn & Kelly, P.C.<br>557 Prospect Avenue<br>Hartford, CT 06105<br>(860) 233-9821 | Lynn Kappelman, Esq.<br>Seyfarth & Shaw<br>World Trade Center<br>Two Seaport Lane<br>Suite 300<br>Boston. MA 02210-4800 |

So Ordered:

_____    _____
Hon. Stefan R. Underhill                                      Date: